STATE OF NEW JERSEY v. JAMES CABBELL.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CABBELL.

June 27, 1986.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. ALFRED GAYMON.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD BEDENKOP,
A/K/A RICHARD CARROW.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD MELNICKI.

June 27, 1986.

Petition for certification denied.